**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 367 MAL 2019

       Respondent             :

                                :    Petition for Allowance of Appeal

                                :    from the Order of the Superior Court

       v.                         :

                                :

RAMON RIVERA,                    :

                                :

          Petitioner             :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 25th day of November, 2019, the Petition for Allowance of Appeal is **DENIED**.